

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2016

No. 04-16-00053-CV

**IN RE R.M.M.**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02913
Honorable Peter Sakai, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file her brief is granted. We order appellant to file her brief by April 14, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court